CHRISTOPHER G. HOOK (SBN 255080)
chris@cghlaw.com
LAW OFFICES OF CHRISTOPHER G. HOOK
4264 Overland Avenue
Culver City, California 90230
Telephone: (310) 839-5179
Facsimile: (310) 684-2032

Attorney for Plaintiff I.R.P., INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.R.P., INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIGUEL BECERRA, an individual;<br>JOHN J. PIRRO, an individual;<br>GO TRUCKING USA LLC, a limited liability company;<br>and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:15-cv-01753<br><br>[Assigned to Judge Michael W. Fitzgerald]<br><br>[PROPOSED] ORDER DISMISSING ACTION<br><br>Trial Date: October 5, 2016<br>Trial Time: 8:30 a.m. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the parties, this action is dismissed without prejudice. Each party will bear their own costs and attorney fees.

**IT IS SO ORDERED.**

**Dated:** April 20, 2016　　　　　　　_____

**United States District Judge**